IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR. NO. 2:93cr310
    )    WO
ARLUTHA SMILEY    )

**O R D E R**

Defendant Arlutha Smiley has filed a pleading styled as a "*Motion for Reconsideration*" (Doc. 1575), wherein he challenges the conviction and sentence imposed upon him by this court in 1994 for a controlled substance offense.  A review of the claims presented by Smiley in his pleading indicates that he seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255.  Accordingly, the Clerk of this court is hereby **DIRECTED** to:

1.  Open a civil action under 28 U.S.C. § 2255.

2. Docket Smiley's "*Motion for Reconsideration*" (currently docketed as Doc. 1575 under 2:93cr310) in the newly opened civil action.

3. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

4.  Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 3rd day of August, 2005.


/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE